and *Mr. Charles A. Frueauff*, for appellant, in opposition to the motion. [See *infra*, 701.]

---

No. 1. LUELLA SWARTWOOD, AS SOLE ADMINISTRATRIX, ETC., *v.* LEHIGH VALLEY RAILROAD COMPANY. Error to the Court of Appeals of the State of New York. Submitted October 2, 1923. Decided October 8, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6. *Mr. Charles C. Annabel* and *Mr. Frederick S. Tyler* for plaintiff in error. *Mr. Riley H. Heath* for defendant in error.

---

No. 7. AMERICAN RAILWAY EXPRESS COMPANY *v.* COMMONWEALTH OF KENTUCKY. Error to the Court of Appeals of the State of Kentucky. Submitted October 2, 1923. Decided October 8, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6. *Mr. Charles W. Stockton* and *Mr. Lawrence Maxwell* for plaintiff in error. *Mr. Kenneth E. Stockton* and *Mr. Hamilton Vreeland, Jr.*, were also on the brief. *Mr. Charles I. Dawson* for defendant in error.

---

No. 6. SCHOOL DISTRICT OF THE BOROUGH OF GREENSBURG *v.* S. T. LOPES ET AL. Error to the Supreme Court of the State of Pennsylvania. Argued October 2, 1923. Decided October 8, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.*, 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham*, 253